IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN EDWARD MERRIFIELD, | No. CIV S-09-1389-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| VA REGIONAL DIRECTOR, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this apparent civil rights action. Plaintiff's complaint, however, is almost completely illegible and unintelligible. Plaintiff will be given an opportunity to file an amended complaint.

While the court cannot discern the precise nature of plaintiff's claims, it appears that his complaint relates to veterans and/or tax issues. Plaintiff is advised that the federal venue statute requires that the action be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

In any amended complaint, plaintiff must establish that venue is proper in this court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's complaint is dismissed with leave to amend; and
2. Plaintiff shall file a first amended complaint within 30 days of the date of this order.

DATED: May 20, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE