1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   GLENN EDWARD MERRIFIELD,          No. CIV S-09-1389-JAM-CMK-P

12                    Plaintiff,

13          vs.                                  FINDINGS AND RECOMMENDATIONS

14   VA REGIONAL DIRECTOR, et al.,

15                    Defendants.

16   _____/

17          Plaintiff, a state prisoner proceeding pro se, brings this apparent civil rights

18   action.  On May 21, 2009, the court directed plaintiff to submit either a completed application for

19   leave to proceed in forma pauperis or the full filing fee for this action within 30 days.  Plaintiff

20   was warned that failure to comply may result in dismissal of this action for lack of prosecution

21   and failure to comply with court rules and orders.  To date, plaintiff has failed to comply.

22          The court must weigh five factors before imposing the harsh sanction of

23   dismissal.  See Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000); Malone v.

24   U.S. Postal Service, 833 F.2d 128, 130 (9th Cir. 1987).  Those factors are:  (1) the public's

25   interest in expeditious resolution of litigation; (2) the court's need to manage its own docket; (3)

26   the risk of prejudice to opposing parties; (4) the public policy favoring disposition of cases on

1   their merits; and (5) the availability of less drastic sanctions.  See id.; see also Ghazali v. Moran,

2   46 F.3d 52, 53 (9th Cir. 1995) (per curiam).  A warning that the action may be dismissed as an

3   appropriate sanction is considered a less drastic alternative sufficient to satisfy the last factor.

4   See Malone, 833 F.2d at 132-33 & n.1.  The sanction of dismissal for lack of prosecution is

5   appropriate where there has been unreasonable delay.  See Henderson v. Duncan, 779 F.2d 1421,

6   1423 (9th Cir. 1986).  Dismissal has also been held to be an appropriate sanction for failure to

7   comply with an order to file an amended complaint.  See Ferdik v. Bonzelet, 963 F.2d 1258,

8   1260-61 (9th Cir. 1992).

9           Having considered these factors, and in light of plaintiff's failure to resolve the

10  fee status for this case as directed, the court finds that dismissal of this action is appropriate.

11          Based on the foregoing, the undersigned recommends that this action be

12  dismissed, without prejudice, for lack of prosecution and failure to comply with court rules and

13  orders.

14          These findings and recommendations are submitted to the United States District

15  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days

16  after being served with these findings and recommendations, any party may file written

17  objections with the court.  The document should be captioned "Objections to Magistrate Judge's

18  Findings and Recommendations."  Failure to file objections within the specified time may waive

19  the right to appeal.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

20

21   DATED: July 8, 2009

22

23                                      CRAIG M. KELLISON
                                        UNITED STATES MAGISTRATE JUDGE
24

25

26

                                            2